UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
UNITED STATES OF AMERICA ex rel.
JAMES THOMPSON
Plaintiff,

**JUDGMENT**
16-CV-03891 (LDH) (RML)

-v.-

MCKESSON CORPORATION,
Defendant.
---------------------------------------------------------- X

A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge having been filed on September 30, 2026, granting Defendant's motion to dismiss Relator's Amended Complaint; it is

ORDERED AND ADJUDGED that the Defendant's motion to dismiss Relator's Amended Complaint is granted.

Dated: Brooklyn, NY
September 30, 2026

Brenna B. Mahoney
Clerk of Court

By: */s/Christina Frunzi*
Deputy Clerk